548 POSTAL TEL.-CABLE CO. *v.* ASSOCIATED PRESS. NOS. 3 & 4.

First Department, December, 1916. [Vol. 175.

POSTAL TELEGRAPH-CABLE COMPANY, Respondent, *v.* THE ASSOCIATED PRESS, Appellant. (Action No. 2.)

First Department, December 8, 1916.

See head note in *Postal Tel.-Cable Co.* v. *Associated Press, No. 1* (*ante*, p. 538).

APPEAL by the defendant, The Associated Press, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 3d day of June, 1916, sustaining plaintiff's demurrer to affirmative defenses set up in the answer.

*William C. Cannon*, for the appellant.

*D-Cady Herrick*, for the respondent.

PER CURIAM:

For the reasons stated in *Postal Tel.-Cable Co.* v. *Associated Press, No. 1* (175 App. Div. 538), the order appealed from is modified by overruling the demurrer to the affirmative defense alleged in the 7th paragraph of the answer, and as so modified affirmed, without costs, with leave to the plaintiff to withdraw the demurrer as to said defense, and with leave to the defendant to serve an amended answer within twenty days from service of the order to be entered herein.

Present — CLARKE, P. J., SCOTT, SMITH, PAGE and DAVIS, JJ.

Order modified as directed in opinion, and as modified affirmed, without costs, with leave to amend. Order to be settled on notice.

See head note in *Postal Tel.-Cable Co.* v. *Associated Press, No. 1* (*ante*, p. 538).